IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00037-WYD-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$24,957.00 IN UNITED STATES CURRENCY,

    Defendant.

## AMENDED FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion to Amend Default and Final Order and Judgment and enter Final Order of Forfeiture [ECF No. 12], filed July 12, 2012.  Upon review of the Motion and the file herein, the Court FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT no other claims to defendant properties have been filed;

THAT forfeiture of $17,637.00 of defendant $24,957.00 shall enter in favor of the United States;

THAT the United States shall remit $7,320.00 of defendant $24,957.00 to the Clerk of the Court for Denver County to be applied to the restitution order in the Denver

County Criminal Case Number 09-cr-23; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Unopposed Motion to Amend Default and Final Order and Judgment and enter Final Order of Forfeiture [ECF No. 12], filed July 12, 2012, is **GRANTED**;

THAT forfeiture of defendant property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated: July 23, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE